UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY REYES, | ) |
| | ) |
| Plaintiff, | ) Case: 1:23-cv-02489 |
| | ) |
| v. | ) |
| | ) |
| CINTAS CORPORATION, | ) |
| | ) Jury Trial Demanded |
| Defendant. | ) |
| | ) |

## COMPLAINT

**NOW COMES** Plaintiff, Anthony Reyes ("Plaintiff"), by and through the undersigned counsel, hereby filing this Complaint against Cintas Corporation ("Defendant"), and in support states as follows:

### NATURE OF PLAINTIFF'S CLAIMS

1. This lawsuit arises under the Civil Rights Act of 1964, as amended, 42 U.S.C. §1981 ("Section 1981") and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq*. ("Title VII") seeking redress for Defendants race discrimination under Title VII.

### JURISDICTION AND VENUE

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331.

3. Venue of this action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1391(b) insofar as Defendant operates and transacts business in this judicial district and the events giving rise to Plaintiff's claims occurred within this District.

4. During the applicable limitations period, Defendant has had at least fifteen employees, has been an "employer" as defined by Title VII, and has been engaged in an industry

affecting commerce within the meaning of Title VII, 42 U.S.C. § 2000e(b).

## ADMINISTRATIVE PREREQUISITES

5. All conditions precedent have been fulfilled or been complied with.

6. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") (attached hereto as Exhibit "A").

7. Plaintiff received a Notice of Right to Sue from the EEOC (attached hereto as Exhibit "B").

8. This Complaint has been filed within ninety (90) days of his receipt of the EEOC's Dismissal and Notice of Right to Sue.

## THE PARTIES

9. At all times material to the allegations of this Complaint, Plaintiff resided in Cook County, Illinois.

10. At all times material to the allegations in this Complaint, Defendant was a corporation doing business in and for Cook County, Illinois, whose address is 1025 National Parkway, Schaumburg, Illinois 60173.

## BACKGROUND FACTS

11. On October 21, 2022, Plaintiff (Hispanic/Mexican-American) was contacted by Defendant's Human Resources Representative "Ms. Lukas" regarding an available Route Sales Representative Position.

12. On October 28, 2022, Plaintiff completed a successful interview and was scheduled for a ride-along.

13. On or around November 1, 2022, Plaintiff completed the ride-along with Supervisor Dylan (Caucasian).

14. After the ride-along, Dylan asked Plaintiff about the ride-along. Plaintiff replied he believed it went well and that it was a position he would excel in. Dylan responded by saying he had others also lined up for the position. Plaintiff informed Dylan he was willing to wait, however, Dylan stated he had a position more *suitable* for Plaintiff. Dylan then stated Plaintiff should work in the sanitation department pressure washing bathrooms.

15. Plaintiff was taken aback by Dylan's suggestion, as he had no experience in sanitation. Dylan only suggested this position as Plaintiff is Hispanic.

16. It was apparent sole reason Plaintiff was not offered the Route Sales Representative and was instead offered the Sanitation position was due to his race and national origin.

17. Plaintiff noticed all other individuals employed outside of the sanitation department were Caucasian.

18. Despite being qualified, having successfully interviewed, and having a positive ride-along, Plaintiff was never offered the Route Sales Representative position due to his race and national origin.

19. Around November 4, 2022, Plaintiff informed Ms. Lukas he was not interested in the Sanitation position and was never offered the Route Service Sales Representative position.

## COUNT I
**Race-Based Discrimination in Violation of 42 U.S.C. § 1981**

20. Plaintiff repeats and re-alleges paragraphs 1-19 as if fully stated herein.

21. Section 1977 of the Revised Statutes, 42 U.S.C. § 1981, as amended, guarantees persons of all races, colors, and national origin the same right to make and enforce contracts, regardless of race, color, or national origin. The term "make and enforce" contracts includes the making, performance, modification, and termination of contracts, and the enjoyment of all

benefits, privileges, terms, and conditions of the contractual relationship.

22. Defendant's conduct against Plaintiff's race amounts to a pattern or practice of systemic race discrimination that constitutes illegal intentional race discrimination in violation of 42 U.S.C. Section 1981.

23. Plaintiff was subjected to and harmed by Defendant's systemic and individual discrimination.

24. Defendant's unlawful conduct resulted in considerable harm and adverse employment actions to Plaintiff and is entitled to all legal and equitable remedies under Section 1981.

### COUNT II
### Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq*.
### Race-Based Discrimination

25. Plaintiff repeats and re-alleges paragraphs 1-19 as if fully stated herein.

26. By virtue of the conduct alleged herein, Defendant intentionally discriminated against Plaintiff based on his race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, *et seq*.

27. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless violation of Title VII of the Civil Rights Act of 1964.

28. As a direct and proximate result of the above-alleged willful and/or reckless acts of Defendant, Plaintiff has suffered damages of a pecuniary and non-pecuniary nature, humiliation, and degradation.

29. By reason of Defendant's discrimination, Plaintiff suffered severe harm and is entitled to all legal and equitable remedies under Title VII.

## COUNT III
**Violation of Title VII of The Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.**
**Race-Based Harassment**

30. Plaintiff repeats and re-alleges paragraphs 1-19 as if fully stated herein.

31. By virtue of the conduct alleged herein, Defendant engaged in unlawful employment practices and harassed the Plaintiff on the basis of his race and national origin (Hispanic/Mexican-American), in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*.

32. Defendant knew or should have known of the harassment.

33. The race harassment was severe or pervasive.

34. The race harassment was offensive subjectively and objectively.

35. Plaintiff is a member of a protected class under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, due to his race.

36. Defendant acted in willful and reckless disregard of Plaintiff's protected rights. As a direct and proximate result of the discrimination described above, Plaintiff has suffered and continues to suffer loss of employment, loss of income, loss of other employment benefits and has suffered and continues to suffer mental anguish, distress, humiliation and loss of enjoyment of life.

## RELIEF REQUESTED

**WHEREFORE**, Plaintiff respectfully requests that this Court find in Plaintiff's favor and against Defendant as follows:

    a. Back pay with interest;

    b. Payment of interest on all back pay recoverable;

    c. Compensatory and punitive damages;

    d. Reasonable attorneys' fees and costs;

  e.  Award pre-judgment interest if applicable; and

  f.  Award Plaintiff any and all other such relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests that all issues be submitted to and determined by a jury.

Dated this 20th day of April, 2023.

> /s/ *Alexander J. Taylor*
> **Alexander J. Taylor, Esq.**
> **SULAIMAN LAW GROUP LTD.**
> 2500 S. Highland Avenue, Suite 200
> Lombard, Illinois 60148
> Phone (331) 272-1942
> Fax (630) 575 - 8188
> ataylor@sulaimanlaw.com
> *Attorney for Plaintiff*